UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:08-CR-170 |
| V. | ) | (VARLAN/GUYTON) |
| | ) | |
| | ) | |
| JOHN EDWARD HUSKIN | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An initial appearance was held on the Petition for Action on Conditions of Pretrial Release on February 26, 2009. Cynthia Davidson, Assistant United States Attorney, was present representing the government, and Jonathan Moffatt, Assistant Federal Defender, was present representing the defendant. The government moved for detention and the defendant requested a hearing. It is ordered that a detention hearing is scheduled for **Wednesday, March 4, 2009** at **9:00** p.m., before the undersigned.

It is therefore **ORDERED** that:

(1) Defendant be detained;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an

attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

        s/ H. Bruce Guyton
United States Magistrate Judge